**PHILIP A. HUNT CHEMICAL CORP.**

v.

**William A. REID, Jr. et al.**

No. 83–134–M.P.

Supreme Court of Rhode Island.

March 24, 1983.

Little, Little & McDonald, Joseph T. Little, East Providence, for petitioner.

Hinckley, Allen, Salisbury & Parsons, Gregory L. Benik, Providence, for respondent.

## ORDER

The petition for writ of certiorari and petitioners' motion for stay are both denied.

Murray, J., did not participate.